UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| GERALD NETZKY and DIANNA NETZKY, | ) ) ) | |
| Plaintiffs, | ) ) | 2:11-CV-00128-PMP-LRL |
| v. | ) ) | ORDER |
| BANK OF AMERICA, et al., | ) ) | |
| Defendant. | ) ) ) | |

Before the Court for consideration is Defendant Bank of America Home Loan Servicing LP's Motion to Dismiss, or in the Alternative Motion for Summary Judgment (Doc. #4) filed January 31, 2011. On February 14, 2011, Plaintiffs filed a Motion to Remand the Action to State Court and to "Dismiss" Defendant Bank of America's Motion to Dismiss (Docs. #8 & #9). On February 25, 2011, Defendant MTC Financial, Inc. filed a Motion to Dismiss Plaintiffs' Complaint (Doc. #20).

The Court finds that Defendants have demonstrated that jurisdiction lies in this Court and that removal was appropriate based upon diversity of citizenship and a sum in controversy in excess of $75, 000.00. 28 U.S.C. §1332. Therefore, Plaintiffs' Motion to Remand must be denied.

Plaintiffs have not in their filings substantively responded to the arguments in the pending Motions to Dismiss (Docs. #4 & #20). Notwithstanding Defendants' arguments that Plaintiffs should not be permitted additional time to do so, the Court will permit Plaintiffs to and including **April 1, 2011** within which to file a substantive response to

1  Defendants' Motions to Dismiss (Doc. #4 & #20).

2     **IT IS SO ORDERED**.

3     **IT IS FURTHER ORDERED** that Plaintiffs' Motion to Remand (Doc. #8) is

4  DENIED.

6  DATED: March 17, 2011.

            */s/ Philip M. Pro*

            PHILIP M. PRO
            United States District Judge