ARIEL E. STERN.
Nevada Bar No. 8276
DIANA S. ERB
Nevada Bar No. 10580
AKERMAN SENTERFITT LLP
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101
Telephone:     (702) 634-5000
Facsimile:      (702) 380-8572
Email: ariel.stern@akerman.com
Email: diana.erb@akerman.com

*Attorneys for Defendant
BAC Home Loans Servicing, LP, improperly
named as Bank of America*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| GERALD B. NETZKY, and DIANNA NETZKY, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, a Delaware Corporation; MTC FINANCIAL INC. a California Corporation, d/b/a TRUSTEE CORPS, a California Corporation,<br><br>Defendants. | Case No.: 2:11-cv-00128-PMP-LRL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT**<br><br>**(Second Request)** |

IT IS STIPULATED AND AGREED by and between Plaintiffs, GERALD B. NETZKY and DIANNA NETZKY, and Defendant, BAC Home Loans Servicing, LP, improperly named as Bank of America, by and through its attorneys, Diana S. Erb, Esq., of the law firm of Akerman Senterfitt, LLP, that Defendant BAC Home Loans Servicing, LP, may have up to and including **May 17, 2011**, in which to file its responsive pleading to Plaintiffs' Amended Complaint. (Dkt 30).

/ / /

/ / /

/ / /

/ / /

{LV030048;1}                                                      1

This request is not made for purposes of delay or to prejudice any party in this action.

DATED this 29th day of April, 2011.     DATED this 29th day of April, 2011.

/s/ Gerald B. Netzky and Dianna Netzky
GERALD B. NETZKY and DIANNA
NETZKY, husband and wife
10361 Early Morning Avenue
Las Vegas, NV 89135
Plaintiffs

/s/ Diana S. Erb
DIANA S. ERB, ESQ.
Nevada Bar No. 10580
400 So. Fourth Street, Suite 450
Las Vegas, NV 89101
*Attorneys for Defendant BAC Home Loans Servicing, LP*

### ORDER

IT IS SO ORDERED this __ 2nd day of May, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE

AKERMAN SENTERFITT LLP
400 SOUTH FOURTH STREET, SUITE 450
LAS VEGAS, NEVADA 89101
TEL.: (702) 634-5000 – FAX: (702) 380-8572

{LV030048;1}

2