1  ARIEL E. STERN.
   Nevada Bar No. 8276
2  DIANA S. ERB
   Nevada Bar No. 10580
3  AKERMAN SENTERFITT LLP
   400 South Fourth Street, Suite 450
4  Las Vegas, Nevada 89101
   Telephone:    (702) 634-5000
5  Facsimile:    (702) 380-8572
   Email: ariel.stern@akerman.com
6  Email: diana.erb@akerman.com

7  *Attorneys for Defendant*
   *BAC Home Loans Servicing, LP, improperly*
8  *named as Bank of America*

9

10

                    **UNITED STATES DISTRICT COURT**

                        **DISTRICT OF NEVADA**

11

12  GERALD B. NETZKY, and DIANNA          Case No.: 2:11-cv-00128-PMP-LRL
    NETZKY, husband and wife,

13                     Plaintiffs,          **STIPULATED REQUEST
                                             TO STAY DISCOVERY**
14  vs.

15  BANK OF AMERICA, a Delaware Corporation;    **(First Request)**
    MTC FINANCIAL INC. a California
16  Corporation, d/b/a TRUSTEE CORPS, a
    California Corporation,
17
                       Defendants.
18

19       It is stipulated and requested by and between Plaintiffs Gerald B. Netzky and Dianna Netzky,

20  Defendant BAC Home Loans Servicing, LP, improperly named as Bank of America, ("BAC") by

21  and through its attorneys, the law firm of Akerman Senterfitt, LLP, and Defendant MTC Financial

22  Inc., d/b/a/ Trustee Corps, ("MTC") by and through its attorneys, the law firm of Robinson

23  Belaustegui Sharp and Low that the discovery period in this case be stayed pending a decision on

24  Defendants' motions to dismiss [Dkts. 4 and 20] currently set for hearing on June 6, 2011.  The

25  Parties stipulate and agree to submit a proposed discovery plan and scheduling order within ten (10)

26  days of a decision on the pending motions to dismiss.

27       BAC filed a Petition for Removal on January 24, 2011 [Dkt. 1.]  BAC filed its Motion to

28  Dismiss [Dkt. 4] on January 31, 2011.  MTC filed its Motion to Dismiss [Dkt. 20] on February 25,

{LV031670;1}                              1

1   2011. Plaintniffs responded to the motions to dismiss and filed an Amended Complaint on April 1,

2   2011 [Dkts. 28, 29, and 30]. Defendant MTC Financial, Inc. filed a motion to dismiss Plaintiffs'

3   amended complaint on April 15, 2011 [Dkt. 33]. Plaintiffs have stipulated to extend the deadline for

4   Defendant BAC to respond to their Amended Complaint [Dkts. 35 and 38].

5       The Ninth Circuit has affirmed stays of discovery in cases like this one where a stay would

6   prevent excessive cost and burden and enhance judicial economy. *See, e.g., Rutman* 829 F.2d at

7   738; *B.R.S. Land Investors,* 596 F.2d at 353; *Wood v. McEwan,* 644 F.2d 797, 801-02 (9th Cir. 1981)

8   (affirming stay of discovery pending ruling on a Rule 12(b)(6) motion to dismiss); *In re Graphics*

9   *Processing Units Antitrust Litig.,* 2007 WL 2127577, at *4 (N.D. Cal. July 24, 2007) (reasoning that

10  "allowing discovery prior to sustaining a complaint would defeat one of the rationales of *Twombly*,

11  at least when the discovery would be burdensome").

12      Courts have found that "stays [of discovery] are often deemed appropriate where the motion

13  to dismiss can resolve the case—at least as to the moving party." *In re Sulfuric Acid Antitrust Litig.,*

14  231 F.R.D. 331, 337 (N.D. Ill. 2005); *see also Institut Pasteur v. Chiron,* 315 F. Supp. 2d 33, 37

15  (D.D.C. 2004) (it is "well settled that discovery is generally considered inappropriate while a motion

16  that would be thoroughly dispositive of the claims in the complaint is pending") (internal quotations

17  omitted). Rather than impose on the parties the substantial time and expense of conducting

18  discovery necessary in this case and burden the Court with resolving discovery disputes, the sounder

19  practice is to stay discovery until Defendants' motions to dismiss are decided.

20      This Court has broad discretion to stay proceedings in order to control its docket and ensure

21  proper adjudication of litigation. *See Mediterranean Enters., Inc., v. Ssangyong Corp.,* 708 F.2d

22  1458, 1465 (9th Cir. 1983); *Landis v. N. Am. Co.,* 299 U.S. 248, 254-55 (1936) (noting that "the

23  power to stay proceedings is incidental to the power inherent in every court to control the disposition

24  of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants").

25      In order to meet its obligations under Rule 26(a), the Parties will be required to expend

26  significant resources, and these resources will be needlessly spent if the Court dismisses the claims

27  against Defendants. Moreover, Plaintiffs cannot realistically conduct discovery until the Defendants

28  have answered their Complaint or Amended Complaint. The Answers will frame the issues in such

AKERMAN SENTERFITT LLP
400 SOUTH FOURTH STREET, SUITE 450
LAS VEGAS, NEVADA 89101
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1   a manner that Plaintiffs can first decide on their method and content of discovery. Therefore, the

2   Parties stipulate to and respectfully request a stay of discovery pending a decision on Defendants'

3   motions to dismiss [Dkts. 4 and 20] currently set for hearing on June 6, 2011.

4   / / /

5   / / /

6   / / /

7   / / /

8   / / /

9   / / /

10  / / /

11  / / /

12  / / /

13  / / /

14  / / /

15  / / /

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

AKERMAN SENTERFITT LLP
400 SOUTH FOURTH STREET, SUITE 450
LAS VEGAS, NEVADA 89101
TEL.: (702) 634-5000 – FAX: (702) 380-8572

This request is not made for purposes of delay or to prejudice any party in this action.

DATED this 12th day of May, 2011.                    DATED this 12th day of May, 2011.

**AKERMAN SENTERFITT LLP**                            **GERALD B. NETZKY**


/s/ Diana S. Erb                                      /s/ Gerald B. Netzky
ARIEL E. STERN, ESQ.                                  GERALD B. NETZKY
Nevada Bar No. 8276                                   10361 Early Morning Avenue
DIANA S. ERB, ESQ.                                    Las Vegas, Nevada 89135
Nevada Bar No. 10580
400 South Fourth Street, Suite 450                    *Pro Se Plaintiff*
Las Vegas, Nevada 89101


*Attorneys for Defendant*
*BAC Home Loan Servicing, LP, improperly*
*named as Bank of America*



DATED this 12th day of May, 2011.                    DATED this 12th day of May, 2011.

**ROBISON BELAUSTEGUI SHARP & LOW**                   **DIANNA NETZKY**


/s/ Michael E. Sullivan                               /s/ Dianna Netzky
MICHAEL E. SULLIVAN, ESQ.                             DIANNA NETZKY
Nevada Bar No. 5142                                   10361 Early Morning Avenue
71 Washington Street                                  Las Vegas, Nevada 89135
Reno, Nevada 89503
                                                      *Pro Se Plaintiff*
*Attorneys for Defendant*
*MTC Financial Inc. dba Trustee Corps.*

## ORDER

**IT IS SO ORDERED** this _ 13th day of May, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE

{LV031670;1}                            4