**ORDR**
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DIANA S. ERB, ESQ.
Nevada Bar No. 10580
AKERMAN SENTERFITT LLP
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  diana.erb@akerman.com

*Attorneys for Defendant*
*Bank of America, N.A. successor*
*by merger to BAC Home Loans*
*Servicing LP improperly named*
*as Bank of America*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GERALD B. NETZKY, and DIANA NETZKY, Husband and Wife,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, a Delaware Corporation; MTC FINANCIAL, INC., a California Corporation d/b/a TRUSTEE CORPS, a California Corporation,<br><br>Defendants.. | Case No.: 2:11-cv-00128-PMP-LRL<br><br>**ORDER CANCELING LIS PENDENS** |

Defendant requests that the Lis Pendens currently recorded against the subject property by Plaintiff Gerald Netzky ("Plaintiff") be canceled.

The Court finds that Plaintiff recorded a Notice of Pendency of Action ("Lis Pendens") on or about December 27, 2010, as Instrument No. 20102270003691 in the real property records maintained by the Clark County Recorder. A copy of the Lis Pendens is attached hereto as **Exhibit A** and fully incorporated by reference.

{LV046557;1}

UPON CONSIDERATION of Defendant's request to cancel the Lis Pendens, and good cause appearing therefore, the Court hereby grants Defendant their requested relief and rules as follows:

1. IT IS ORDERED, ADJUDGED and DECREED that the Lis Pendens is hereby cancelled, released and expunged.

2. IT IS FURTHER ORDERED, ADJUDGED and DECREED that this Order canceling the Lis Pendens has the same effect as an expungement of the original Lis Pendens.

3. IT IS FURTHER ORDERED, ADJUDGED and DECREED that Defendant records a properly certified copy of this cancellation Order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this Order's issue.

DATED this _ 8th day of September, 2011.

_____
DISTRICT COURT JUDGE

Submitted by:

**AKERMAN SENTERFITT LLP**

/s/ Diana S. Erb
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DIANA S. ERB, ESQ.
Nevada Bar No. 10580
AKERMAN SENTERFITT LLP
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*Bank of America, N.A. successor*
*by merger to BAC Home Loans*
*Servicing LP improperly named*
*as Bank of America*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of September, 2011 and pursuant to NRCP 5(b), I deposited for mailing in the U.S. Mail a true and correct copy of the foregoing **PROPOSED ORDER CANCELING LIS PENDENS**, postage prepaid and addressed to:

Gerald Netzky
Dianna Netzky
10361 Early Morning Avenue
Las Vegas, NV  89135

*Plaintiffs in Pro Se*

　　　　　　　　　　　　　　　　　　　　/s/ Debbie Julien
　　　　　　　　　　　　　　　　　　　　An employee of AKERMAN SENTERFITT LLP

# EXHIBIT A

# EXHIBIT A



## RECORDING COVER PAGE

Inst #: 201012270003691
Fees: $16.00
N/C Fee: $0.00
12/27/2010 03:11:12 PM
Receipt #: 624086
Requestor:
GERALD NETZKY
Recorded By: MGM   Pgs: 3
DEBBIE CONWAY
CLARK COUNTY RECORDER

Must be typed or printed clearly in black ink only.

APN# 164-13-511-031
11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

### TITLE OF DOCUMENT   (DO NOT Abbreviate)

NOTICE OF LIS PENDENS

Title of the Document on cover page must be EXACTLY as it appears on the first page of the document to be recorded.

**Recording requested by:**
G. Netzky

**Return to:**
Name Gerald Netzky
Address 10361 Early Morning Ave
City/State/Zip Las Vegas, NV 89135

This page provides additional information required by NRS 111.312 Sections 1-2.

An additional recording fee of $1.00 will apply.

To print this document properly—do not use page scaling.

P:\Recorder\Forms 12_2010

```
NOTC
Gerald B. Netzky
10361 Early Morning Avenue
Las Vegas, Nevada 89135

Dianna Netzky
10361 Early Morning Avenue
Las Vegas, Nevada 89135

IN PROPER PLAINTIFFS
```

FILED
DEC 27  2 57 PM '10

## DISTRICT COURT
## CLARK COUNTY, NEVADA

GERALD B. NETZKY, and
DIANNA NETZKY,
Husband and Wife,

   Plaintiffs,

v.

BANK OF AMERICA, a Delaware
Corporation; MTC FINANCIAL INC.
a California Corporation,
d/b/a TRUSTEE CORPS, a California
Corporation.

   Defendants.

Case No.: A-10-63267-C

Dept. No: 14

**NOTICE OF LIS PENDENS**

{APN 164-13-511-031}

  NOTICE IS HEREBY GIVEN that an action has been commenced in the Eighth Judicial District Court in and for Clark County, Nevada, by Plaintiffs GERALD and DIANNA NETZKY against Defendants BANK OF AMERICA and MTC FINANCIAL INC., seeking to settle title to property commonly known as: 10361 Early Morning Avenue, Las Vegas, Nevada 89135, having an

...

1

1 | Assessor's Parcel Number of APN 164-13-511-031, and more particularly described as follows:

>Block 1, Lot 31, of Ivy Glen at Summerlin-Unit I
>as recorded in Page of Plat Book 94, in the records
>of the Clark County Recorder.

DATED: December 7, 2010.

GERALD B. NETZKY

*[signature]*

10361 Early Morning Avenue
Las Vegas, Nevada 89135
(702) 204-3204

Plaintiff in Proper Person

2

CERTIFIED COPY
DOCUMENT ATTACHED IS A
TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE

*[signature]*

CLERK OF THE COURT
DEC 27 2010